F. A. HAYES v. CAROLINA AUTO SUPPLY HOUSE, INCORPORATED.

(Filed 2 November, 1932.)

APPEAL by defendant from *Daniels,* J., at March Term, 1932, of WAYNE.

Civil action to recover for alleged breach of exclusive right, granted the plaintiff by the defendant, to distribute Pennzoil products in certain counties of North Carolina.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*B. F. Aycock and Kenneth C. Royall for plaintiff.*
*E. McA. Currie and Langston, Allen & Taylor for defendant.*

PER CURIAM. On controverted issues of fact, involving different understanding and opposite contentions of the parties, the jury has found in favor of the plaintiff. A careful perusal of the record leaves us with the impression that the case has been tried in substantial conformity to the principles of law applicable and the authoritative decisions on the questions raised by the defendant's 207 exceptions and assignments of error. It is not to be expected that we should discuss the assignments *seriatim,* for, to do so, would require an opinion of intolerable length. *S. v. Lea, ante,* 13.

No error.